JODI LINKER
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: elizabeth_falk@fd.org

Counsel for Defendant WISE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LEROY WISE,<br><br>　　　　Defendant. | Case No.: CR 22–326 CRB<br><br>**MANUAL FILING NOTIFICATION** |

**Regarding: EXHIBIT A to the DECLARATION OF ELIZABETH FALK IN SUPPORT DEFENDANT'S SENTENCING MEMORANDUM**

　　　This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

　　　If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

　　　This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

NOTICE OF MANUAL FILING
*WISE*, CR 22–326 CRB

1    ___ Unable to Scan Documents

2    ___ Physical Object (description):

3    ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

4    _X_ Item Under Seal

5    ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

6    ___ Other (description)

                                                                                     Respectfully submitted,

February 12, 2024           JODI LINKER
Dated                             Federal Public Defender
                                    Northern District of California

                                               /S
                                  ELIZABETH FALK
                                  Assistant Federal Public Defender

NOTICE OF MANUAL FILING
*WISE*, CR 22–326 CRB