# Exhibit B

```
                   UNITED STATES DISTRICT COURT

               IN THE NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION
                       _____


United States of America,    )
                             )     No. 3:22-cr-00326-CRB
          Plaintiff,         )
                             )
     vs.                     )     San Francisco, California
                             )     July 26, 2023
Leroy Wise,                  )     1:42 p.m.
                             )
          Defendant.         )
_____)


     BEFORE:   THE HONORABLE CHARLES R. BREYER, SENIOR JUDGE

               REPORTER'S TRANSCRIPT OF PROCEEDINGS

                    (ZOOM STATUS CONFERENCE)

APPEARANCES:
For the Plaintiff:
    United States Attorney's Office
    By:  Wendy M. Garbers, Esq.
    450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102

For the Defendant:
    Federal Public Defender's Office
    By:  Elizabeth Meyer Falk, Esq.
    450 Golden Gate Avenue, 19th Floor
    San Francisco, CA 94102


Official Court Reporter:
Scott M. Coniam, RDR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 43
Phoenix, Arizona 85003-2151
(602) 322-7257

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription
```

**PROCEEDINGS**

1
2  (Proceedings convened at 1:42 p.m.)
3  THE COURTROOM DEPUTY:  Calling criminal action
4  CR 22-0326, USA vs. Leroy Wise.
5  Counsel, please state your appearances.
6  MS. GARBERS:  Good afternoon, Your Honor.  Wendy
7  Garbers for the United States.
8  MS. FALK:  Good afternoon, Your Honor.  Elizabeth Falk
9  for Leroy Wise.  He's present on Zoom.  We consent to proceed
10 by Zoom.
11 MR. LIBBY:  Josh Libby, U.S. Pretrial.  Good
12 afternoon, Your Honor.
13 THE COURT:  Good afternoon.
14 So the defendant is where?
15 MS. FALK:  He's present on Zoom, Your Honor.
16 THE COURT:  I don't see him.
17 MS. FALK:  I can see him.
18 THE COURT:  You can see him?
19 THE DEFENDANT:  I'm right here.  I don't know if you
20 can see me.
21 THE COURT:  There you go.  I see you now.  Thank you
22 very much.  Okay.  Great.
23 So where are we in this, Ms. Falk?
24 MS. FALK:  Well, I got a memorandum from pretrial.
25 Unfortunately it does not look like Mr. Wise meets the criteria

```
 1   for CAP.  I think he -- this is not --
 2           THE COURT:  Well, I mean, the report was very
 3   favorable.
 4           MS. FALK:  I know.  And it's too favorable.  That's
 5   the problem.
 6           THE COURT:  Well, I don't know that it's too
 7   favorable.  I mean, I have my own ideas as to what we should
 8   do, but -- you know, I mean, it's that he has done so well that
 9   the CAP program doesn't seem to be addressed to problems that
10   he has.  That doesn't -- you know, that doesn't mean that he
11   should necessarily be treated worse than he would be treated if
12   he went into the CAP program.  That makes no sense.
13           MS. FALK:  I agree, Your Honor.
14           THE COURT:  You're not advocating that.
15           MS. FALK:  I was just about to say I was going to
16   recommend a year deferral, Your Honor, of sentencing so that
17   the court could continue to observe Mr. Wise being under the
18   supervised -- supervision of pretrial services, continuous
19   programming.
20           THE COURT:  Has he entered a plea on the -- he's
21   entered a plea on the --
22           MS. FALK:  Yes.
23           THE COURT:  -- charge?
24           MS. FALK:  Yes.
25           THE COURT:  All right.  So I will defer him for six
```

| | |
|---|---|
| 1 | months.  Let's see what happens in six months.  Let's get an |
| 2 | update on it.  Okay? |
| 3 | MS. FALK:  Great. |
| 4 | THE COURT:  I mean, is there a reason that it should |
| 5 | be a year? |
| 6 | MS. FALK:  No.  I thought -- six months is fine.  The |
| 7 | last time the court deferred a sentencing for one of my clients |
| 8 | it was a year.  I am happy to do six months.  I really feel |
| 9 | strongly Mr. Wise has done very well.  He's really turned a |
| 10 | corner in so many ways. |
| 11 | THE COURT:  I'll have a good picture in six months. |
| 12 | That's fine.  So I'm going to defer sentencing for six months. |
| 13 | Do we have a date? |
| 14 | THE COURTROOM DEPUTY:  January 24th. |
| 15 | THE COURT:  Okay.  January 24th. |
| 16 | And, Mr. Wise, I mean, it's really important that |
| 17 | you -- that you stay on this path.  It's basically the |
| 18 | difference of whether you go to jail or not, so, you know, |
| 19 | can't be any clearer than that, can it? |
| 20 | THE DEFENDANT:  No.  No.  It's crystal clear.  Yes, |
| 21 | Your Honor. |
| 22 | THE COURT:  Okay.  Well, it's important to have |
| 23 | clarity. |
| 24 | Okay.  Well, thank you.  And you are really doing a |
| 25 | good job so -- |

```
 1            THE DEFENDANT:  Thank you.
 2            THE COURT:  I'm not going to penalize you for doing
 3   too good a job.
 4            MS. FALK:  Your Honor, I should not have -- I learned
 5   my lesson.  Next time I will not -- I will start with the good
 6   news not with the -- the -- I was sad that he didn't get into
 7   CAP but at the same time --
 8            THE COURT:  That's okay.  No, no, no.  The CAP program
 9   would have provided an easy way to resolve it.  But, you know,
10   it is good news.  I mean, that's the point.  Okay.
11            MS. FALK:  Exactly.
12            THE COURT:  All right.  Thank you.
13            MS. FALK:  Okay.  Thank you, Your Honor.
14            THE DEFENDANT:  Thanks, Your Honor.
15            MS. GARBERS:  Thank you.
16            (Proceedings adjourned at 1:46 p.m.)
17
18
19
20
21
22
23
24
25
```

**C E R T I F I C A T E**

I, SCOTT M. CONIAM, do herby certify that I am duly appointed and qualified to act as Official Court Reporter for the United State District Court.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED this 9th day of February 2024.


s/Scott M. Coniam_____
   SCOTT M. CONIAM, RDR, CRR