# Exhibit C



ROY WISE

Position: 4th/5th Grade Teacher     |     Email: roy@synergyschool.org     |     Categories: Staff

I love coming to work every day because Synergy is a special place. The minute I walked into the building in 2000, it felt like home. I previously worked in magazine production for three high-tech publications, but found my calling first as a parent volunteer in my son's school, then as a teacher's aide at Cesar Chavez Elementary School in San Francisco. Later I became director of the After School program at Cesar Chavez and Martin Luther King Middle School. I come from a family of educators; my sisters are teachers and one of my aunts was a school principal, the other was a librarian.