# EXHIBIT A

Dear M▇ V▇▇▇▇:

On August 9th, 2022, I did a terribly bad, awful thing to you. I committed a horrible crime, and the person who has to suffer for that, and who has to bear the pain of that crime, is you. I am writing you to say that I am sorry from the bottom of my heart for the terrible things I did to you that day, even though I know it cannot make things right or set things back to the way they were before. I am writing to say that I am sorry because I was so in the wrong and it caused you so much pain and suffering. I am hoping that by telling you how ashamed I am of myself, and shocked thinking back about my decisions and my actions, that I can convince you that when I say "I am sorry" I really mean it. I fully know that does not heal you, and nothing I can say now will ever erase that day for you and the fallout it has caused.

Because of my stupid, thoughtless actions, I put you through a trauma that I know, from my own experience with trauma, you will never "get over." The thing about trauma is that it sticks with you. You can try to manage the memories, but you never forget. And I know because this happened at work, every day on your routes there are probably new triggers that remind you of that terrible day. I know the fear you felt is not going away, and that it is following you as you try to make a living. This makes what I did all the worse, because you should never have to pick between your job and your healing. But

I know every day now, you have to do that. I took away from your security that every day is just expected to be an average day. I'm thinking you go into work now expecting the worst. Now I am sure you have fear and anxiety doing your job where that was not there before. It weighs very heavy on me, and I think about this while I am going to work, that your own work means you have to re-face this trauma every day. There is no avoiding it for you because of how this happened. And that is my fault because of what I did to you. It is not enough to say I'm sorry, but I wanted you to know that I really, truly am sorry and I think about the ways that my actions have made your life much harder now.

I also want you to know that I am never, ever going to hurt anyone again like I hurt you. Since being arrested I have had a lot of time to think about the person I was that day, and that I never want to be that person again. I have debts to pay to society, as well as to you, and one of the only things I can do is try to move forward and spend my energy helping people. I cannot fix what I did to you, but I can commit to helping people and being positive in the world moving forward. I work full-time now as a supervisor at a shelter for the unhoused, and I spend a lot of time there speaking with people about how we can improve their situations. My team and I manage the shelter at night and make sure people have a safe place to be off the streets. My fiancé and I both work full time, and we finally got a safe apartment downtown that is far away from the neighborhoods I grew up in.

I am a single father of my nine-year old daughter (I had to petition for full-time custody with the court in 2017 because her mom (not my fiancé) has a bad drug problem) and my younger daughter with my fiancé is two. We moved then into a good building where there is no violent crime, drugs, gangs, or anything else. I am only telling you all of this because I am so ashamed of the person I was to you that day, that is not the person I ever wanted to be, and I am working hard on myself to make sure I give back to people, instead of taking from them. Actions speak more than words, and I want you to know I am not just "talking" about being a different person. I am actually doing the things I need to do to make sure that the life I am living now and in the future is nothing but good and honorable.

What I am trying to say is, you have good reason to believe that I am nothing more than a thug, and I cannot say that I blame you for that, given what I did that day. What I did was terrible and wrong, and I have tried to fix things by moving my life away from that direction 100%. I am very sorry that because of the place I was at before, you were very terribly hurt as a result of my own fear, insecurity and confusion about where my life was going.

Nothing I can do now, though, will make you the same person you were before or right the personal wrongs I committed against you. I am sorry you have to live with what I did to you every day. I am sorry it has impacted your job, your family, and your faith that the world and people

are good. I am sorry I hurt you.

– LeRoy Wise